FILED

2026 Mar-26  PM 12:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTER DIVISION

| | |
|---|---|
| ROCK RIDGE INSURANCE, COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case 5:26-cv-00324-HDM |
| | ) |
| WARREN SIAO; ANN CLICK, as personal representative of the estate of JAYSON CLICK, deceased, | ) ) ) ) ) |
| Defendants. | ) ) |

---

## ANSWER OF DEFENDANT ANN CLICK, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JAYSON CLICK, DECEASED

---

COMES NOW one of the defendants, Ann Click, as personal representative of the estate of Jayson Click, deceased, and files this Answer by and through undersigned counsel.

## ANSWER TO INTERPLEADER COMPLAINT

The defendant, by way of Answer to plaintiff Rock Ridge Insurance Company's Interpleader Complaint, denies that Rock Ridge Insurance Company is entitled to the relief it seeks and further states as follows:

### Parties

1

1. This defendant lacks sufficient knowledge to form a belief about the truth of these allegations. Therefore, the allegations of this paragraph are denied.

2. This defendant admits that Defendant Warren Siao was a resident and citizen of Alabama at the time of the underlying incident and death of Jayson Click, but denies knowledge of his residency and citizenship post-incident.

3. Admitted.

### Jurisdiction and Venue

4. Admitted.

5. Admitted.

### Factual Allegations

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

10. The defendant lacks sufficient knowledge to form a belief about the truth of these allegations. Therefore, the allegations of this paragraph are denied.

11. Admitted.

**The Policy**

12. This defendant lacks sufficient knowledge to form a belief about the truth of these allegations.  Therefore, the allegations of this paragraph are denied.

13. This defendant lacks sufficient knowledge to form a belief about the truth of these allegations.  Therefore, the allegations of this paragraph are denied.

**COUNT I**

14. No response required.

15. This defendant lacks sufficient knowledge to form a belief about the truth of these allegations.  Therefore, the allegations of this paragraph are denied.

16. Denied to the extent this is the sole and binding legal definition of "accident."

17. Admitted.

18. Denied.

19. Denied.

20. Admitted that an actual and present controversy exists, but denied to the extent this paragraph concludes Plaintiff is entitled to the relief it seeks.

**COUNT II**

21. No response required.

22. Denied.

23. This defendant lacks sufficient knowledge to form a belief about the truth of these allegations. Therefore, the allegations of this paragraph are denied.

24. This defendant lacks sufficient knowledge to form a belief about the truth of these allegations. Therefore, the allegations of this paragraph are denied.

25. Denied.

26. Denied.

27. Admitted that an actual and present controversy exists, but denied to the extent this paragraph concludes Plaintiff is entitled to the relief it seeks.

## Defendant's Affirmative Defenses

1. Defendant asserts the defense of estoppel.

2. Defendant asserts the defense of laches.

3. Defendant asserts the defense of waiver.

4. Defendant reserves the right to assert any other affirmative defense as discovery progresses.

Respectfully submitted, this the 26th day of March, 2026.

/s/ Bart Siniard
Bart Siniard (ASB-4473-R10R)

Attorney for Defendant Ann Click, as personal Representative of the estate of Jayson Click, deceased

**OF COUNSEL**:
SINIARD LAW, LLC
P.O. Box 18666
Huntsville, AL 35804
Telephone: (256) 500-1199
bart@siniardlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2026, the foregoing has been sent via this Court's electronic filing system and/or U.S. Mail and/or electronic mail to:

Joseph L. Cowan, II
Katherine E.W. Manning
HAND ARENDALL HARRISON SALE, LLC
1801 Fifth Avenue North, Suite 400
Birmingham, AL 35203
jcowan@handfirm.com
kmanning@handfirm.com
Counsel for Plaintiff

**To Be Served Via U.S. Mail:**

Warren Siao
263 Wedgewood Terrace Rd.
Harvest, AL 35749